UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1). BRANDON DALE BIGGS and  )<br>DIANA BETH BIGGS, on behalf of  )<br>Themselves and all others similarly situated,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>-vs-  )<br>  )<br>1). CREDIT COLLECTIONS, INC., An  )<br>Oklahoma Corporation,  )<br>2). JANE DOE, a/k/a DEBRA DENTON,  )<br>An Individual,  )<br>3). JOHN DOE, a/k/a ROBERT  )<br>SULLIVAN,  )<br>  )<br>  Defendants.  )  | Case No. CIV-07-53 F |

**EXHIBIT "5"**

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORT**

**TRANSCRIPT OF RECORDED TELEPHONE MESSAGES LEFT ON THE ANSWERING MACHINE OF BRANDON DALE BIGGS AND DIANA BETH BIGGS**

TRANSCRIPTS OF TWO TELEPHONE MESSAGES LEFT ON THE ANSWERING MACHINE OF BRANDON DALE BIGGS AND DIANA BETH BIGGS

First recorded message

Sullivan: Trying to reach Diana Biggs. This is Robert Sullivan calling from Oklahoma City. Please return my call at 290-2018. Thank you.

Ans. Mach: Tuesday, 9:08 a.m.

Second recorded message

Sullivan: I am trying to reach Diana Biggs. This is Robert Sullivan. Please return my call at 290-2018. Thank you.

Ans. Mach: Saturday, 8:05 a.m.

